UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGE LUCKEY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISC. ACTION NO. 2:13-MC-00242 |
| | § | |
| CITY OF CORPUS CHRISTI, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM
AND RECOMMENDATION TO DISMISS**

On June 28, 2013, United States Magistrate Judge B. Janice Ellington issued her "Memorandum and Recommendation to Dismiss" (D.E. 4). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 4), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the application for leave

to proceed *in forma pauperis* (D.E. 1) is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

    ORDERED this 22nd day of July, 2013.

                                                               NELVA GONZALES RAMOS
                                                               UNITED STATES DISTRICT JUDGE